# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD ZUNIGA, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>ELEMENT MATERIALS TECHNOLOGY HUNTINGTON BEACH LLC, a North Carolina limited liability company; and DOES 1 through 50, inclusive,<br><br>    Defendant. | CASE NO. 8:25-cv-00544-FWS-KES<br><br>[~~PROPOSED~~] PROTECTIVE ORDER |

The Court having considered the Stipulation and [Proposed] Protective Order and finding good cause therefor, hereby **GRANTS** the parties' request.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: August 5, 2025

_Karen E. Scott_
Hon. Karen E. Scott
United States Magistrate Judge