NOTE: CHANGES MADE BY COURT

# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD ZUNIGA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ELEMENT MATERIALS TECHNOLOGY HUNTINGTON BEACH LLC, a North Carolina limited liability company; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 8:25-cv-00544-FWS-KES<br><br>**ORDER RE JOINT MOTION FOR DISMISSAL [22]** |

      Having reviewed and considered the Joint Motion for Dismissal [22] ("Stipulation"), between Plaintiff Leonard Zuniga and Defendant Element Materials Technology Huntington Beach LLC, the files and records of the case, the applicable law, including Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and for the good cause demonstrated in the Stipulation, the court **ORDERS** the following:

1. All claims, causes of action, and parties in the above-captioned case are **DISMISSED WITH PREJUDICE**.
2. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: November 4, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE